1   WILLIAM C. SAACKE, CASB No. 178346
    McNULTY & SAACKE
2   3562 Howard Ave., Suite A
    Los Alamitos, CA 90720
3   Telephone: (562) 598-0545
    Facsimile: (562) 596-0545
4
    Attorneys for Plaintiff Thomas Pratt
5

**FILED**

**JUN 2 0 2005**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

6               UNITED STATES DISTRICT COURT

7               EASTERN DISTRICT OF CALIFORNIA

8

9   Thomas Pratt,                          )   Case No. 2:05 CV 00345-DEL-KJM
                                           )
10                        Plaintiff,       )
                                           )   STIPULATION AND ORDER TO AMEND
11              vs.                        )   FIRST AMENDED VERIFIED COMPLAINT
                                           )   TO ADD WILLIAM GAUSEWITZ AS DOE 7
12  California State Board of Pharmacy;    )   AND TO DISMISS ED HEIDIG WITHOUT
    California Office of Administrative Law;)   PREJUDICE
13  and DOES 1 to 10,                      )
                                           )
14                        Defendants.      )
                                           )
15                                         )

16

17      THE PARTIES TO THIS ACTION HEREBY STIPULATE AS FOLLOWS:

18

19      Plaintiff Thomas Pratt ("PRATT") may add as DOE No. 7 to his First Amended

20  Complaint, William Gausewitz.

21      Service on William Gausewitz shall be deemed effective upon the Court signing and

22  giving notice of this order.

23      Plaintiff Thomas Pratt hereby dismisses his claim against Ed Heidig without prejudice.

24

25
26  DATED: May __16__, 2005
                                           William C. Saacke
27                                         McNulty & Saacke
                                           Attorneys for Plaintiff Thomas Pratt
28

1

2

3

4   DATED: May _____, 2005

D.L. Helfat
5                                        United States Attorneys Office
Attorneys for Patricia Harris and Virginia Herold
6

7

8

9   DATED: May _____, 2005
Claudia Robinson
10                                       Lewis, Brisbois, Bisgaard & Smith
Attorneys for Applied Measurement Professionals
11

12

13

**ORDER**
14

15
William Gausewitz is hereby substituted in as DOE 7. Ed Heidig is hereby dismissed
16
from this action without prejudice.
17

18

19

20   DATE: 6/17/2005

21
UNITED STATES DISTRICT COURT JUDGE
22

23

24

25

26

27

28

DATED: May _____, 2005

_____
D.L. Helfat
United States Attorneys Office
Attorneys for Patricia Harris and Virginia Herold

DATED: May / 7 , 2005

_____
Claudia Robinson
Lewis, Brisbois, Bisgaard & Smith
Attorneys for Applied Measurement Professionals

ORDER

William Gausewitz is hereby substituted in as DOE 7.  Ed Heidig is hereby dismissed from this action without prejudice.

DATE:_____

_____
UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE BY MAIL
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of
California.  I am over the age of 18 and not a party to the within
action; my business address is 3562 Howard Ave., Suite A, Los
Alamitos, CA  90720.

On **June 7, 2005,** I served the within documents described as

### STIPULATION AND ORDER TO AMEND FIRST AMENDED VERIFIED COMPLAINT TO ADD WILLIAM GAUSEWITZ AS DOE 7 AND TO DISMISS ED HEIDIG WITHOUT PREJUDICE

on the parties herein in this action by placing a true copy thereof
enclosed in a sealed envelope addressed as follows:

Bruce L. Shaffer
Lewis Brisbois Bisgaard & Smith LLP
2500 Venture Oaks Way, Suite 200
Sacramento, CA  95833

Daniel Helfat
DOJ - Office of the Attorney General
300 Spring Street
Los Angeles, CA  90013

XXX  (BY MAIL)  I deposited such envelope in the mail at
Los Alamitos, California.  The envelope was mailed with postage
thereon fully prepaid.

XXX  I am "readily familiar" with the firm's practice of collection
and processing correspondence for mailing.  Under that practice
it would be deposited with U.S. postal service on that same day
with the postage thereon fully prepaid at Los Alamitos, CA
in the ordinary course of business.  I am aware that on motion
of the party served, service is presumed invalid if postal
cancellation date or postage meter date is more than one day
after date of deposition for mailing in affidavit.

XXX  (STATE)  I declare under penalty of perjury under the laws of
the State of California that the above is true and correct.

WILLIAM C. SAACKE

PROOF OF SERVICE