IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS PRATT,

    Plaintiff,   No. CIV S-05-0345 DFL KJM

  vs.

CALIFORNIA STATE
BOARD OF PHARMACY,

    Defendant.   ORDER

_____/

    The undersigned hereby recuses herself from this action under 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings that may be appropriate or required, making an adjustment in civil case assignments to compensate for this referral. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: September 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006 pratt.rec

1