UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS PRATT,

                 Plaintiff,           CIV S-05-0345 DFL PAN

          v.

CALIFORNIA STATE BOARD OF              ORDER
PHARMACY et al.,

                Defendants.

-o0o-

Plaintiff moves to compel further responses to discovery. The matter is scheduled for hearing Wednesday, November 9, 2005. The parties have filed numerous memoranda in support of and opposition to the motion but plaintiff has failed to file a joint statement as required by E. D. Cal. L. R. 37-251(c).  Nothing in the parties' papers demonstrates they have met and conferred in an attempt to resolve this dispute, as required by Fed. R. Civ. P. 37(a)(2)(B) and E. D. Cal. L. R. 37-251(b), nor does the court

1    discern the presence of either exception to the joint statement

2    requirement (see E. D. Cal. L. R. 37-251(e)).   The discovery

3    deadline is December 23, 2005.

4          Accordingly, the hearing on this matter is rescheduled to

5    Wednesday, December 7, 2005, at 9:00 a.m., in Courtroom 25.   The

6    parties are directed to meet and confer pursuant to E. D. Cal. L.

7    R. 37-251(b); if that conference fails to resolve this dispute,

8    counsel for plaintiff shall file, no later than Friday, December

9    2, 2005, a joint statement conforming to the requirements of E.

10   D. Cal. L. R. 37-251(c).

11         So ordered.

12         Dated:   November 7, 2005.

13                              /s/ Peter A. Nowinski
                                Peter A. Nowinski
14                              Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

2