1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

| THOMAS PRATT | CASE NO. 05 CV 0345-DFL-PAN |
|---|---|
| Plaintiff, | [~~Proposed~~] **ORDER ON MOTION TO COMPEL** |
| v. | Date Heard: 12/9/2005 |
| California Board of Pharmacy, et al | Courtroom: 25 Judge: Hon. Peter A. Nowinski |
| Defendants. | |

Plaintiff's motions to compel against defendants Applied Measurement Professionals and defendants Virginia Herold and Patricia Harris came on for continued hearing at 11:00 a.m. on December 9, 2005, the Honorable United States Magistrate Judge Peter A. Nowinski presiding.  All parties appeared through counsel of record.  After considering the papers filed in connection with the motions to compel and argument thereon and after reviewing the June 2002, January 2003 and June 2003 California Board of Pharmacy examinations and answer keys thereto, the court makes the following orders.

The courts grants plaintiff's motion as to defendants

1 Patricia Harris and Virginia Herold to compel in limited
2 part subject to the protective orders discussed below. The
3 court orders that plaintiff be provided with and be allowed
4 to view the essay/short answer questions and his answers
5 thereto that were graded as incorrect on the June 2002
6 California Board of Pharmacy Examination as well as the
7 portions of the answer keys as to only those questions
8 graded as incorrect on plaintiff's June 2002 examination.
9 In this regard, the essay/short answer portion of
10 plaintiff's June 2002 California Board of Pharmacy
11 Examination booklet and the answer key to that portion of
12 the aforementioned June 2002 examination shall be redacted
13 and provided to plaintiff as specified above. The court
14 issues a protective order so that except as specified above,
15 no other information from the June 2002, January 2003 and
16 June 2003 short answer/essay portion of the California Board
17 of Pharmacy and answer keys thereto shall be disclosed to or
18 made known to plaintiff.
19     The court issues a further protective order based upon
20 the request of counsel for defendants Harris and Herold so
21 that the entire short answer/essay portion of plaintiff's
22 test booklet for the June 2002, January 2003 and June 2003
23 California Board of Pharmacy examinations and the answer
24 keys thereto shall be disclosed to Mr. William Saacke,
25 counsel for plaintiff who can disclose those materials only
26 to his expert witnesses in this case. Counsel for
27 defendants, including Applied Measurement Professionals, may
28 also have a copy of these examinations materials as well as

their retained experts in this matter.

In all other respects plaintiff's motions to compel against all defendants were denied.

**IT IS SO ORDERED**.

Dated: January 6, 2006.

                        /s/ Peter A. Nowinski_____
                          Peter A. Nowinski,
                  United States Magistrate Judge

**Submitted by:**

BILL LOCKYER, Attorney General
  of the State of California
RICHARD ROJO, Lead Supervising
    Deputy Attorney General
D. L. HELFAT,
            Deputy Attorney General

By:_____
      D. L. HELFAT, DAG
Attorneys for Defendants Herold and Harris