Name and address
WILLIAM C. SACCKE, ATTORNEY (SBN
MCNULTY & SACCKE
3562 LOS ALAMITOS, STE "A"
LOS ALAMITOS, CA 90720
PH. 562.598.0545
FAX 562.596.0545; skee@mcsaackolaw.com
Attorney for Plaintiff Pratt

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| THOMAS PRATT | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:05 CV 00345 DLF (PAN) |
| v. | |
| CA BOARD OF PHARMACY, et al., | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

THOMAS PRATT     ☑ Plaintiff  ☐ Defendant  ☐ Other _____
_Name of Party_

hereby request the Court approve the substitution of PATRICIA J. BARRY
_New Attorney_

as attorney of record in place and stead of WILLIAM C. SAACKE
_Present Attorney_

Dated MAY 26, 2006

_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated MAY 26, 2006

_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated MAY 26, 2006

_Signature of New Attorney_
SBN 59116
_State Bar Number_

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)      REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Name and address
WILLIAM SACCKE, ATTORNEY (SBN
MCNULTY & SACCKE
3562 LOS ALAMITOS, STE "A"
LOS ALAMITOS, CA 90270
PH. 562.598.0545
FAX 562.596.0545 skee@mcsaackelaw.com
PLAINTIFF T. PRATT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| THOMAS PRATT | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:05 CV-00345 DFL (PAN) |
| v. | |
| CA BOARD OF PHARMACY, et al., | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__THOMAS PRATT__  ☑ Plaintiff  ☐ Defendant  ☐ Other _____
Name of Party

to substitute __PATRICIA J. BARRY__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__634 S. SPRING ST., STE 823__
Street Address

__LOS ANGELES, CA 90014__          __patjbarry@yahoo.com__
City, State, Zip                          E-Mail Address

__213.995.0734__          __213.995.0735__          __59116__
Telephone Number         Fax Number              State Bar Number

as attorney of record in place and stead of __WILLIAM C. SAACKE__
Present Attorney

is hereby  ☑ GRANTED   ☐ DENIED

Dated __6/15/2006__                    _[signature]_
                                       U. S. District Judge/U.S. Magistrate Judge

NOTICE TO COUNSEL: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)          ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY